UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | Claim No: 1998A11393 |
| vs. | | |
| Loretta Thompson | | |

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Oakland County, Michigan within the jurisdiction of this Court and may be served with service of process at 27500 Franklin Road Apartment 816, Southfield, Michigan 48034.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,909.34 |
| B. Current Capitalized Interest Balance and Accrued Interest | $4,983.69 |
| C. Administrative Fee, Costs, Penalties | $10.17 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

|  |  |
|---|---|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$7,903.20** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Loretta Thompson

Address: 14554 Prairie St
Detroit, MI 48238
SSN 1̄

Total debt due United States as of 8/7/97:   $4,427.02

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $2,909.34 from 8/7/97 at the annual rate of 8.00%. Interest accrues on the principal amount of this debt at the rate of $0.64 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 2/9/88 & 3/27/89 the debtor executed promissory note(s) to secure loan(s) from Citibank (New York State) Rochester, NY & Merchants National Bank of Topeka c/o Loan Processing Center, Lincoln, NE under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. part 682). The holder demanded payment according to the terms of the note(s) and on 12/1/88 & 5/1/90 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $201.84, thereby increasing the principal balance due to $2,909.34.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

Principal:                                  $2,909.34
Interest:                                   $1,507.51
Administrative/Collection Costs:            $10.17
Penalties:                                  $0.00

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

AUG 2 1 1997
_____                    _____
Date                                   Loan Analyst
                                       Litigation Branch

358921

BE SURE TO PUT YOUR INITIALS BY ANY CORRECTIONS YOU HAVE TO MAKE

## GUARANTEED STUDENT LOAN PROMISSORY NOTE

### A. IMPORTANT – READ THIS INFORMATION CAREFULLY

The terms "I" and "me" refer to the borrower.

You: Loretta Thompson
Your Address: 10063 Curtis
Your City State ZIP: Detroit Mich 48221

1. I will read the Promissory Note before I fill it out. If I have any questions, I will ask my lender. If I don't know who my lender will be, I will contact my school or HEAF.
2. When the lender accepts my signed Promissory Note with my application, the lender is not necessarily agreeing to lend me the money. The lender has the right not to make a loan or lend an amount less than the Loan Amount Requested. I will be required to repay only the amount of money that the lender lends. Laws and regulations may not allow the lender to lend me as much as I have asked for.
3. After HEAF has agreed to guarantee my loan, the lender will send me a Disclosure Statement. The Disclosure Statement will tell me
   a) the total dollar amount of my loan    c) the dollar amount of the origination fee I will pay    e) my disbursement schedule (when I will get my loan checks)
   b) the interest rate I will pay           d) the dollar amount of the guarantee fee I will pay      f) how long my grace period will be
   Some of the terms on my Disclosure Statement may be different from what they are on the Promissory Note. If they are different, the terms on the Disclosure Statement apply instead of what is on this Note. If I am not satisfied with the new terms, I may cancel the agreement. If I do wish to cancel this agreement, I will contact my lender immediately and I will not cash any loan checks.
   I will be sure to check the Disclosure Statement as soon as I get it and let my lender know if anything looks wrong or if I have any questions.

### B. PROMISE TO PAY

I, Loretta Thompson, promise to pay to the order of

CITIBANK (NEW YORK STATE)
PO Box 22829    Rochester NY    14692

All of the following amounts:

1) The entire Loan Amount Requested or such lesser amount as is loaned (LOAN AMOUNT)

REQUESTED $ 500.00

2) Interest on the unpaid principal balance...

3) The guarantee fee...

4) The Origination Fee...

### C. GENERAL

### D. REPAYMENT

### E. PREPAYMENT

### F. DEFERMENT

### G. MODIFICATION OF REPAYMENT TERMS

### H. DEFAULT & ACCELERATION

### I. CREDIT BUREAU NOTIFICATION

### J. LATE CHARGES

NOTICE TO BORROWER
a) DO NOT SIGN THIS PROMISSORY NOTE BEFORE YOU READ IT
b) YOU ARE ENTITLED TO A COPY OF THIS PROMISSORY NOTE
c) YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY
d) IF YOU HAVE ANY QUESTIONS OR WISH TO CANCEL THIS LOAN, DO NOT CASH THE LOAN CHECK(S) AND CONTACT YOUR LENDER

Signature: Loretta Thompson    Date: 2-9-88

LENDER COPY

HEAF Form 207A, 03-86

023726

BEST COPY AVAILABLE AT TIME OF FILMING

## DEFERMENT OF REPAYMENT

I understand that in certain instances authorized by the ACT the payments that I am required to make under Section D may be deferred. Payments of principal on my loan will be deferred after the repayment period begins, because of circumstances listed below, provided I comply with the procedural requirements set forth in the regulations governing the GSLP:

1. While I am enrolled as:
   A. Full-time study at a school that is participating in the GSLP program (however, only citizens or nationals may attend schools outside the U.S.);
   B. Full-time study at an institution of higher education or a vocational school that is operated by an agency of the Federal Government;
   C. A graduate fellowship program approved by the U.S. Department of Education; or
   D. A rehabilitation training program for disabled individuals approved by the Secretary of Education.

2. For periods not exceeding 3 years while engaged in the following activities:
   A. On active duty status in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service;
   B. Serving as a Peace Corps Volunteer;
   C. Serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (ACTION programs) (e.g., VISTA);
   D. Serving as a full-time volunteer for an organization which is exempt from Federal income taxation under Section 501 (c)(3) of the Internal Revenue Code of 1954, which performs services which is comparable to service performed in the Peace Corps or under Title I of the Domestic Volunteer Service Act of 1973; and
   E. Temporarily totally disabled, as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by a spouse who is temporarily totally disabled, as established by an affidavit of a qualified physician.

3. For a period not exceeding 2 years while I am serving in an internship that is required for me to gain professional recognition required to begin professional practice or service.

4. For a single period not exceeding 12 months while I am conscientiously seeking but unable to find full-time employment in the United States.

To be granted a deferment, I must provide the lender with written evidence of my eligibility. I must subsequently notify the lender as soon as the condition for which the deferment was granted no longer exists.

## MODIFICATION OF REPAYMENT TERMS

If I am unable to repay this loan in accordance with the terms established under Section D, I may request the lender to modify these terms. The lender may, but is not required to, allow any of the following:

1) A short period of time in which payments are waived.
2) A reasonable extension of time for making payments.
3) Making smaller payments than were originally scheduled.

I understand that during this period I will remain responsible for payment of interest which the lender may (a) collect from me on a periodic basis or (b) add to the principal balance of the loan.

## REPAYMENT BY DEPARTMENT OF DEFENSE

Under certain circumstances, military personnel may have their loans repaid by the Secretary of Defense, in accordance with Section 902 of the Department of Defense Authorization Act, 1981 (P.L. 96-342, 10 U.S.C. 2141, note.)

Questions concerning the program should be addressed to the local Service recruiter. The program described is a recruiting program and does not pertain to prior service individuals or those not eligible for enlistment in the Armed Forces.

BEST COPY AVAILABLE AT TIME OF FILMING

# LP, Nebraska Student Loan Program Application/Promissory Note

**DOUBLE SIDED**    **RECEIVED** APR 03 1989    GSL

CFD 12/11/90 358927

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

## SECTION I—TO BE COMPLETED BY STUDENT BORROWER
Type or print clearly with a ballpoint pen. Read the instructions carefully.

- 2. Last Name: **THOMPSON**   First: **LORETTA**   M.I.:
- 3. Birth Date:
- Home Area Code/Telephone Number: (313) 867-5705
- 5. Permanent Home Address: 2529 Richton, Detroit, MI 48206
- U.S. Citizenship Status: ☒ (a) U.S. Citizen
- 8. State of Legal Residence: MI Since 1955
- 9. Have you ever defaulted on an educational loan? ☒ No
- 11. Intended Enrollment: ☒ Full-time
- 12. Prior to the school year...: ☒ Yes ☐ No
- Requested Loan Amount: $2,600.00
- 13. Loan period: From 3-89 To 4-90
- While In School, You Intend To Live: ☒ Off Campus
- Address: 2529 Richton, Detroit, Mich
- Phone: (313) 867-5905
- Do you have any outstanding GSL, FISL, PLUS, SLS, ALAS debts? ☒ No

**Endorsers:**
- (a) Endorser: Lillie Cover, [address] Lin Hurst, Det Mich 48213, 313
- (b) Adult Relative: Leola Oliver, 18227 Mendota, Det Mi 48206
- (c) Other Adult Relative: Mary Williams, 8049? Asterior, Detroit Mich 48228

### PROMISE TO PAY (GUARANTEED STUDENT LOAN)

I (and any endorser) PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B, a sum certain equal to the loan amount I have requested in Section I, Item 10 of the application for a GSL Loan... [terms continue]

Signature of Borrower: **Loretta Thompson**   Date: **March 27, 89**

## SECTION II—TO BE COMPLETED BY SCHOOL

- Name of School: North West Beauty College
- 20. For School Use: 3
- 21. School Code: 020558
- Address: 12128 Coolidge, Oak Park, MI 48237
- 23. Area Code/Telephone: (313) 541-4780
- Loan Period: From 3-89 To 12-28-89
- 24B. Loan Period Covers: ☒ Clock Hours
- 25. Borrower Grade Level: Undergraduate ☒ 1
- 26. Dependency Status: ☒ Independent
- 27. Anticipated Graduation Date: 2-28-90
- 28. Estimated Cost of Education: $12,505
- 29. Estimated Financial Aid: $2,200
- 30. Expected Family Contribution: $154
- 31. Difference: $10,151
- 32. Amount School Approves: $2,600
- 34. Suggested Disbursement Dates: 1. 3-28-89  2. 8-28-89

Signature of School Official: **Loretta Orzuch**   Print Name & Title: LORETTA ORZUCH, FAO   Date: 3-28-89

## SECTION III—TO BE COMPLETED BY LENDER

- Name of Lender: **Merchants National Bank of Topeka** c/o Loan Processing Center
- 36. For Lender Use: 3
- 37. Scheduled Disbursement Amounts and Dates:
  1. $1300 — 3-28-89
  2. $1300 — 8-28-89
  3. —
  Total: $2600
- Address: P.O. Box 6961, Lincoln, NE 68506
- 39. Area Code/Telephone: (913) 291-1213
- 41. Lender Code: 804725
- 43. Date: 4-3-89

Signature of Authorized Lending Official: **Sharon Boger**
Print Name and Title: Sharon Boger, Student Loans

BORROWER: TERMS OF PROMISSORY NOTE CONTINUE ON REVERSE SIDE   BORROWER: UPON COMPLETION SUBMIT TO LENDER

DOUBLE SIDED

**Promissory Note (continued from Application/Promissory Note)**

B. **Date Note Becomes Due:** I will repay this loan in periodic installments during a repayment period that will begin no later than the day after the last day of my grace period. My gra... that period of time which begins when I cease to be enrolled as at least a half-time student at a school that participates in the Guaranteed Student Loan Program. During my g... however, I may request that my repayment period begin on an earlier date.

C. **Interest:** I agree to pay an amount equivalent to simple interest on the unpaid balance of my loan from the date it is advanced to me until it is paid in full. The Secretary of (Secretary) will pay the interest that accrues on this loan prior to the repayment period and during any deferment period. If it is determined that I qualify to have such payments n behalf under the regulations governing the GSL Program. In the event the interest on this loan is payable by the Secretary, the lender may not attempt to collect this interest from however, choose to pay this interest myself. Once the repayment period begins I will be responsible for payment of all the interest that accrues on this loan, except that if the intere on this loan prior to the repayment period was payable by the Secretary, the Secretary will pay the interest that accrues during any period of deferment described under DEFERI Borrower's Rights and Responsibilities. The lender may add any interest to the unpaid principal balance of this loan that is not paid when it is due, in accordance with regula guarantor governing the GSL Program. All payments will be made to your address as set forth in Paragraph A.

D. **The Guarantee Fee:** If required to do so by the lender, I will pay to the lender an amount equal to the premium that the lender is required to pay to the guarantee agency to obtai coverage on this loan. The lender will deduct this premium proportionately from each disbursement of principal on this loan.

**The Origination Fee:** If required to do so by the lender, I will pay to the lender an origination fee not to exceed the percentage of the loan amount that is authorized by Federal law may deduct this fee from the proceeds of the loan.

E. **Default and Acceleration:** Default means the failure of a borrower to make an installment payment when due, or to meet other terms of the Promissory Note under circumstance Secretary or the NSLP finds it reasonable to conclude that the borrower no longer intends to honor the obligation to repay, provided that this failure persists for (1) 180 day repayable in monthly installments; or (2) 240 days for a loan repayable in less frequent installments. If I default on this loan (1) the lender may declare the entire unpaid amount including interest, immediately due and payable; (2) the lender, holder or NSLP may disclose to schools I have attended (or am currently attending) information about the default; ineligible to receive assistance from any of the following Federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Ince Perkins Loan (formerly called National Direct Student Loan), Guaranteed Student Loans, Supplemental Student Loans, PLUS Loans or Consolidation Loans; and (4) I will be inel benefits described under Deferment and Interest in this Promissory Note.

F. **Collection Costs-Late Charges:** If I fail to pay any of these amounts when they are due, I will also pay all charges and other costs - including attorney's fees - that are permitted by and regulations for the collection of these amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those col which do not exceed 25 percent of the unpaid principal and accrued interest. If permitted by State law, the lender may collect from me a late charge if I fail to pay all or part o installment payment within 10 days after it is due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under Defen Promissory Note. A late charge may not exceed 6 cents for each dollar of each late installment.

G. **Prepayment:** I may, at my option and with......... prepay all or any part of the principal of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interes paid.

H. **Additional Agreements:** (1) The procee... to me, including my Disclosure Stateme... insist that I comply with any terms of th... to repay my loan(s) because I have defa... loan will be cancelled if I die or become... any, signs the Promissory Note in the c... nonpayment, protest, and notice of pro... with Section I of this Promissory Note.

I. **Deferment:** You will let me pay interest in default, and I can provide you with w... condition entitling me to the deferment

J. **Repayment in Installments:** I will repa... outstanding principal balance plus any Disclosure which shows the repaymen... include all loans I have received from y... more than 10 years after this Note becc... shorter than 5 years. However, I may a... repayment period for all my GSL, PLL... balance of all such loans plus accrued

K. **Credit Bureau Notification:** If I defau... ability to obtain other credit. If I def... bureau organizations unless I enter in... bureau organization and must make a... about me. If not otherwise prohibited

L. **Borrower Rights and Responsibilitie...**

M. **Transfer of Note:** This Note may be tr... of any such transfer in writing.

**Borrower Certification**

I declare under penalty of perjury under... application is true, complete and correc... up to the amount of this loan. I further a... and to redisclose to other educational in... other aspects of my student loan borrow... by this application at the school named expenses related to attendance in that s... (P.L. 89-329) as amended, will not excee... State Student Incentive Grant that I rec... Federally Insured Student Loan, PLUS l... loan, in full, or in part, made payable to of Borrower's Rights and Responsibilit... I understand that I will receive a Disclosure Statement that identifies my loan... pertinent to my loan(s). I understand and agree that if the information on the Disclosure Statement conflicts with the information of the Application/Promissory Note, the infor Disclosure Statement applies.

### ASSIGNMENT OF PROMISSORY NOTE
### AFFIX TO BACK OF PROMISSORY NOTE

Pay to the order of NSLP, Nebraska Student Loan Program, Inc., without recourse, provided, however, notwithstanding this endorsement without recourse, the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party against the undersigned; and
   b) the undersigned is in compliance with the terms of that certain Lender Agreement for Guarantee of Student loans with Federal Reinsurance ("Lender Agreement") between it and NSLP, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by NSLP.
   c) warrants that to the extent it has knowledge of any insolvency proceeding it has disclosed the same to NSLP.

2. Acknowledges that:
   a) upon payment in full by NSLP of the claim submitted by the undersigned pursuant to the aforesaid Lender Agreement, NSLP will have discharged all of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by NSLP of the undersigned's claim and acceptance by NSLP of transfer of this instrument in consideration thereof, NSLP has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement.

_[signature]_ 12-7-90

SIGNATURE                                                  DATE

NAME                                                       TITLE

8908APN01

Promissory Note. (2) Any notice requir... quired for any endorser. (3) Your failure in writing. (4) If NSLP is required under... riginal lender to enforce this Note agains... for any other holder of this Note. (7) Thi... ...ives demand, presentment for paym... ...rser, notwithstanding any deferment ... is no notice. this Note if my repayment period has beg... ...nd Responsibilities. I must notify my len... ...ferment options. ...described in Paragraph E, in which ca... forth in Paragraph B, you will send me... ...ed to repay this Note. The Repayment Dis... ...monthly payments for a period of not le... ...t my option, I may agree to a repayment ... ...than 5 years. My total payments for an... ...y my spouse on any GSL, PLUS or SLS ...ars. ...ans. This may significantly and advers ...formation about the default will be disclo... ...tion on the repayment status of this loan ...e accuracy and completeness of informa... ...ilities printed on page 13 of this booklet. ...lities of the parties as set forth herein. I w ertify that the information contained in Se to pay to the lender any refund which may s), U.S. Department of Education, NSLP, or it to this loan (e.g., employment, enrollmen ...d for educational expenses for the loan p ...not reasonably be attributed to meeting m ...the Guaranteed Student Loan Program, ...Grant, Supplemental Educational Opportu... ...or Defense Student Loan), Guaranteed ...stitution to issue a check covering the p... in Section II. I have read and understand t... ...rates, grace period, late charges, and oth... Application/Promissory Note, the infor

**School Certification**

I hereby certify that the student named in Section I is accepted for enrollment, or is enrolled as at least a half-time student, is in good standing and is making satisfactory progres... determined to be eligible for the Guaranteed Student Loan Program. I further certify (for periods of enrollment beginning on or after July 1, 1987) that this student is enrolled o enrollment in a degree or certificate program. Based on records available to me, I further certify that this student is neither in default nor owes a refund with respect to financial as... Title IV of the Higher Education Act of 1965, as amended, for attendance at this or any school, and that the information provided in Section II is true, complete, and correct to knowledge and belief. I certify that based upon records available at this institution this student has satisfied the requirements under the Selective Service Act necessary to receive further certify that I have determined the eligibility or ineligibility for a Pell Grant.

**NOTICE TO BORROWER AND ENDORSER: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION/PROMISSORY NOTE, YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.**